

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,375-02

### EX PARTE CHARLES FRANKIE NIETO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 4-95-95-B IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*. ALCALA, J., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to imprisonment for life. After we granted Applicant an out-of-time appeal, the court of appeals reversed the judgment of conviction and remanded the case to the trial court. *Nieto v. State*, No. 01-09-00226-CR (Tex. App.—Houston [1st Dist.] Dec. 16, 2010) (not designated for publication). We reversed and remanded the case to the court of appeals to consider the remaining issues. *Nieto v. State*, 365 S.W.3d 673 (Tex. Crim. App. 2012). On remand, the court of appeals affirmed the judgment of conviction. *Nieto v. State*, 01-09-00226-CR (Tex. App.—Houston [1st

Dist.] Oct. 18, 2012) (not designated for publication).

In a single ground, Applicant contends that he was deprived of his right to have a grand jury determine whether probable cause existed to mandate a trial. We previously dismissed this application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. We now reconsider that dismissal on our own motion and deny relief based on the trial court's findings of fact and our own independent review of the record.

Filed: September 12, 2018
Do not publish